1 | John W. Villines (CA SBN 193672)
JV LAW
2 | 726 14th Street, Suite E
Modesto, CA 95354
3 | *Mailing Address:*
P.O. Box 580049
4 | Modesto, CA 95358-0002
Tel: (209) 524-9903
5 | Fax: (209) 524-6655
E-Mail: john@jvlaw.net

FILED
DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiffs
JOSEPHINE J. HERNANDEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JOSEPHINE J. HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation,; CAL-WESTERN RECONVEYANCE, a California Corporation, and DOES 1 – 10;<br><br>Defendants. | Case No.: 1:09-cv-01258-AWI-GSA<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff JOSEPHINE J. HERNANDEZ has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

///

///

///

-1-

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)

IT IS ORDERED that the above-captioned action, *Hernandez v. Wachovia Mortgage Corporation & Cal-Western Reconveyance* Number 1:09-cv-01258-AWI-GSA, be, and hereby is, dismissed without prejudice.

Dated: Dec 29, 2009

_____
United States District Court Judge

-2-

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)